**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JACKSON**, *et al.*,<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**ISLAMIC REPUBLIC OF IRAN,**<br><br>**Defendant.** | **Civil Action No.: 1:24-cv-02304-BAH** |

**<u>PLAINTIFFS' RESPONSE TO SHOW CAUSE ORDER DATING JULY 17, 2026</u>**

Plaintiffs hereby respond to the Court's July 17, 2026 Minute Order requiring Plaintiffs to show cause regarding Plaintiffs' Motion for Default Judgment. Upon review of the Motion for Default Judgment, Plaintiffs' counsel discovered that, due to a clerical error, the declaration of Plaintiff Wayne Mello, Jr. was inadvertently submitted twice (see ECF No. 29-16 at 1 and 13), and the declaration of Plaintiff Wayne Mello, Sr. was omitted from the filing. Attached hereto as Exhibit A is the declaration of Plaintiff Wayne Mello, Sr., dated February 18, 2026.

Accordingly, Plaintiffs respectfully request the Court to accept the attached declaration of Plaintiff Wayne Mello, Sr. as a supplement to Plaintiffs' Motion for Default Judgment and grant the Motion as to all Plaintiffs, including Plaintiff Wayne Mello, Sr.

Dated: July 20, 2026

Respectfully submitted,

*<u>/s/ Aryeh S. Portnoy</u>*
Aryeh S. Portnoy, D.C. Bar No. 464507
John L. Murino, D.C. Bar No. 484818
Emily M. Alban, D.C. Bar No. 977035

CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 624-2500

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system on July 20, 2026. The Defendant in this action could not be sent a copy of the foregoing as it has not yet entered an appearance and/or has not acknowledged other efforts to contact it in this case or others similar to it.

*/s/ Aryeh S. Portnoy*
Aryeh S. Portnoy