**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAMMY LEE JACKSON, *et al.*,<br>Plaintiffs,<br>v.<br>ISLAMIC REPUBLIC OF IRAN,<br>Defendant. | Civil Action No. 24-2304 (BAH)<br>Judge Beryl A. Howell |

**ORDER**

Upon consideration of plaintiffs' Motion to Substitute Party, ECF No. 27, plaintiffs' Motion for Default Judgment as to Liability and Damages, ECF No. 29, the related legal memorandum, exhibits, and declarations submitted in support of the motions, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby—

**ORDERED** that plaintiffs' Motion to Substitute Party, ECF No. 27, is **DENIED**;

**ORDERED** that plaintiffs' Motion for Default Judgment as to Liability and Damages, ECF No. 29, is **GRANTED IN PART** and **DENIED IN PART**;

**ORDERED** that plaintiffs' Motion for Default Judgment is **DENIED** without prejudice as to the claims of seventeen plaintiffs, Estate of Latricia Renell Small, Estate of Margaret Barile, Estate of Melisa Jolene Padgett-Branch, Estate of Mary Ida Branch, Estate of Loretta Josephine Vigil, Estate of Lonnie Laprelle Innmon Jr., Estate of Vickie Lynn McCurdy, Estate of Frederick Antonio Robinson, Estate of Ula G. Evans, Estate of Nathaniel Robinson, Estate of Pamela Denise Bradley, Estate of Sidney Garcia Robinson, Chandra Lynn Wheaton, Estate of Judith Ann Moya, Janice Powers Treadway, Estate of Robert Morris Treadway Sr., and Willard Lee Wells; it is further

**ORDERED** that, upon finding that the remaining fifty-nine plaintiffs have established their "claim[s] or right to relief by evidence satisfactory to the court," 28 U.S.C. § 1608(e), plaintiffs' Motion for Default Judgment as to Liability and Damages is **GRANTED** as to plaintiffs Sammy Lee Jackson Jr., Anita Cason Lewis, Minnie Lee Jackson, Samuel Aaron Jackson, Sierra Alexandria Jackson, Rosalyn Shantell Jackson, Russell Davin Barile, Laura Susanne Bergstrom, Virginia Lee Simmons, Jessica Francine Bradshaw, Frederick Joe Kowalczyk, Lawrence Henry Branch, Joseph Ralph Branch, Teodoro Anthony Gandert, James Gandert, Robert Edward Bryant, Benjamin Scott Coleman, Michael J. Dolinar, Lonnie Duane Innmon, Patricia Diane McSparran, Martha Gray Innmon, Harald Robert Jautakis, Pamela Barbara Jautakis, Mark Edwin Ladtkow, Andrea Dora Ladtkow, Christine Ann Locke, Tonya Catrice McCurdy, Wayne Mello Sr., Rose Marie Mello, Wayne Mello Jr., Anthony Mello, Michael David Morelock, Marquell Demetrae Robinson, Tonya Rena Boone, Kawam Mwangi Evans, Cedric Camino Robinson, Osa Lee Robinson, Christopher Howard Romero, Thomas Leopold Moya, Donald Wayne Rouse, Eileen Patricia Casey, Roy Edgar Smith, Jeffery Dean Spivey, Jalissa Denise Spivey, Timothy Paul Stehley, Patricia Karen Hermalik, Tabatha Ann Barr, Tanya Karen Harshberger, Tammy Lee Stehley, Robert Morris Treadway Jr., Mary Thaggard Treadway, Roberta Treadway Coats, Christopher Thomas Wagar, Matthew A. Wells, Angela Sue Holloway, Sara Ashley Wells, Margaret Kaye Wells, Nicholas Wells, and Stephen Hutchinson Wells; it is further

**ORDERED** that defendant Islamic Republic of Iran shall be liable for compensatory damages in the amount of $214,250,000 and punitive damages in the amount of $214,250,000, resulting in a total award of $428,500,000, plus post-judgment interest at the rate set out in 28 U.S.C. § 1961, which shall be allocated in the following manner:

- Servicemember plaintiffs Sammy Lee Jackson Jr., Robert Edward Bryant, Michael J. Dolinar, Mark Edwin Ladtkow, Wayne Mello Sr., Michael David Morelock, Christopher Howard Romero, Donald Wayne Rouse, Roy Edgar Smith, Jeffery Dean Spivey, Timothy Paul Stehley, and Christopher Thomas Wagar are each awarded $7,000,000 in pain and suffering damages and $7,000,000 in punitive damages, totaling $14,000,000 each;
- Servicemember plaintiffs Russell Davin Barile, Laura Susanne Bergstrom, Benjamin Scott Coleman, Lonnie Duane Innmon, and Harald Robert Jautakis are each awarded $6,000,000 in pain and suffering damages and $6,000,000 in punitive damages, totaling $12,000,000 each;
- Servicemember plaintiffs Jessica Francine Bradshaw, Lawrence Henry Branch, Christine Ann Locke, Tonya Catrice McCurdy, Robert Morris Treadway Jr., and Matthew A. Wells are each awarded $5,000,000 in pain and suffering damages and $5,000,000 in punitive damages, totaling $10,000,000 each;
- Plaintiff-spouses and ex-spouses Anita Cason Lewis, Andrea Dora Ladtkow, Rose Marie Mello, and Eileen Patricia Casey are each awarded $3,500,000 in solatium damages and $3,500,000 in punitive damages, totaling $7,000,000 each;
- Plaintiff-spouse Pamela Barbara Jautakis is awarded $3,000,000 in solatium damages and $3,000,000 in punitive damages, totaling $6,000,000;
- Plaintiff-spouse Mary Thaggard Treadway is awarded $2,500,000 in solatium damages and $2,500,000 in punitive damages, totaling $5,000,000;
- Plaintiff-ex-spouse Angela Sue Holloway is awarded $1,500,000 in solatium damages and $1,500,000 in punitive damages, totaling $3,000,000;
- Plaintiff-parents and stepparents Minnie Lee Jackson, Virginia Lee Simmons, Frederick Joe Kowalczyk, Joseph Ralph Branch, Patricia Diane McSparran, Martha Gray Innmon, Thomas

Leopold Moya, Patricia Karen Hermalik, and Margaret Kaye Wells are each awarded $2,500,000 in solatium damages and $2,500,000 in punitive damages, totaling $5,000,000 each;

- Plaintiff-children Samuel Aaron Jackson, Sierra Alexandria Jackson, Wayne Mello Jr., Anthony Mello, Marquell Demetrae Robinson, Jalissa Denise Spivey, and Sara Ashley Wells are each awarded $1,500,000 in solatium damages and $1,500,000 in punitive damages, totaling $3,000,000 each;
- Plaintiff-siblings Rosalyn Shantell Jackson, Teodoro Anthony Gandert, James Gandert, Tonya Rena Boone, Kawam Mwangi Evans, Cedric Camino Robinson, Osa Lee Robinson, Tabatha Ann Barr, Tanya Karen Harshberger, Tammy Lee Stehley, Roberta Treadway Coats, Nicholas Wells, and Stephen Hutchinson Wells are each awarded $1,250,000 in solatium damages and $1,250,000 in punitive damages, totaling $2,500,000 each.

**ORDERED** that plaintiffs' request for prejudgment interest is **DENIED**;

**ORDERED** that plaintiffs shall, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order to defendant Islamic Republic of Iran; it is further

**ORDERED** that the Clerk of the Court close this case.

**SO ORDERED**.

Date: September 9, 2026

*This is a final and appealable order*.

**BERYL A. HOWELL**
United States District Judge